UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
OSBORNE, JAMES R                    §    Case No. 11-06720
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MIRIAM R. STEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
UNITED STATES BANKRUPTCY COURT
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 03/30/2012 in Courtroom B,
Park City Branch Court
301 Greenleaf Avenue
Park City, Illinois 60085-5725
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/14/2011              By: /s/ Miriam R. Stein
                                              Chapter 7 Trustee


MIRIAM R. STEIN
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606

UST Form 101-7-NFR (5/1/2011) (Page: 1)

```
                                 United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                    Case No. 11-06720-ABG
James R Osborne                                                                           Chapter 7
          Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0752-1            User: acox                  Page 1 of 2                   Date Rcvd: Dec 16, 2011
                                Form ID: pdf006             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2011.
db          +James R Osborne,    922 Hickory St.,    Waukegan, IL 60085-2918
17140568    +Aurora Health Care,    c/o Miriam R. Stein, Trustee,    120 S. Riverside Plaza,    Suite 1200,
              Chicago, IL 60606-3910
16845637    +Capital One,    c/o Miriam R. Stein Trustee,    120 S. Riverside Plaza,    Suite 1200,
              Chicago, IL 60606-3910
16845638    +Charter One,    c/o Miriam R. Stein Trustee,    120 S. Riverside Plaza,    Suite 1200,
              Chicago, IL 60606-3910
16845639    +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
16845640    +Citibank,    c/o Miriam R. Stein Trustee,    120 S. Riverside Plaza,    Suite 1200,
              Chicago, IL 60606-3910
17140567    +Quest Diagnostics,    c/o Miriam R. Stein, Trustee,    120 S. Riverside Plaza,    Suite 1200,
              Chicago, IL 60606-3910
17140566    +Vista Medical Center East,    c/o Miriam R Stein, Trustee,    120 S. Riverside Plaza,    Suite 1200,
              Chicago, IL 60606-3910
16845642   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
              MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
16845643    +Wffinancial,    Po Box 7648,    Boise, ID 83707-1648
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16845635    +E-mail/Text: mrstein@arnstein.com Dec 17 2011 02:39:39      American Express,    c/o Miriam R Stein,
              120 S Riverside Plaza,    Suite 1200,    Chicago, IL 60606-3910
16845636    +E-mail/Text: mrstein@arnstein.com Dec 17 2011 02:39:39      Americollect,    c/o Miriam R. Stein,
              120 S. Riverside Plaza,    Suite 1200,    Chicago, IL 60606-3910
17485632     E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2011 05:10:11      GE Money Bank,
              c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16845641    +E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2011 05:10:11      Gemb/care Credit,    950 Forrer Blvd,
              Kettering, OH 45420-1469
                                                                                               TOTAL: 4

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2011**                              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: acox                 Page 2 of 2                  Date Rcvd: Dec 16, 2011
                              Form ID: pdf006            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2011 at the address(es) listed below:
        Clay  Mosberg    on behalf of Creditor   Wells Fargo Bank, N.A cmosberg@fallaw.com,
         tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
        Gary N Foley    on behalf of Debtor James Osborne lauradfrye@att.net
        Miriam R Stein    mrstein@arnstein.com,   jbmedziak@arnstein.com;mstein@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                       TOTAL: 4