UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
OSBORNE, JAMES R § Case No. 11-06720
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MIRIAM R. STEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 164,212.50 (Without deducting any secured claims) | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 10,339.68 | Claims Discharged Without Payment: 47,853.49 |
| Total Expenses of Administration: 2,060.66 | |

3) Total gross receipts of $ 12,400.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,400.34 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 169,107.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,060.66 | 2,060.66 | 2,060.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,944.00 | 44,249.17 | 44,249.17 | 10,339.68 |
| **TOTAL DISBURSEMENTS** | $ 183,051.00 | $ 46,309.83 | $ 46,309.83 | $ 12,400.34 |

4) This case was originally filed under chapter 7 on 02/21/2011. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2013           By:/s/MIRIAM R. STEIN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Harley Davidson Softail Springer (20k miles) | 1129-000 | 12,400.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | **$12,400.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 9451 Corbin Avenue Northridge, CA 91328 | | 48,875.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 116,058.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wffinancial Po Box 7648 Boise, ID 83707 | | 4,174.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 169,107.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MIRIAM R. STEIN | 2100-000 | NA | 1,990.03 | 1,990.03 | 1,990.03 |
| MIRIAM R. STEIN | 2200-000 | NA | 44.82 | 44.82 | 44.82 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.01 | 10.01 | 10.01 |
| Bank of America, N.A. | 2600-000 | NA | 15.80 | 15.80 | 15.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,060.66 | $ 2,060.66 | $ 2,060.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 3001 c/o Becket and Lee Malvern, PA 19355 | | 2,554.00 | NA | NA | 0.00 |
| | Americollect Po Box 1566 Manitowoc, WI 54221 | | 90.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 30273 Salt Lake City, UT 84130-0273 | | 561.00 | NA | NA | 0.00 |
| | Charter One 1215 Superior Ave. Cleveland, OH 44114-3299 | | 3,170.00 | NA | NA | 0.00 |
| | Citi PO Box 44167 Attn: Bankruptcy Department Jacksonville, FL 32231-4167 | | 7,158.00 | NA | NA | 0.00 |

Case 11-06720    Doc 31    Filed 10/18/13    Entered 10/18/13 14:56:07    Desc Main
Document      Page 6 of 12

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/care Credit 950 Forrer Blvd Kettering, OH 45420 | | 411.00 | NA | NA | 0.00 |
| 000001 | GE MONEY BANK | 7100-000 | NA | 440.87 | 440.87 | 440.87 |
| 000001 | GE MONEY BANK | 7100-000 | NA | 440.87 | 440.87 | 0.00 |
| 000002 | AMERICAN EXPRESS | 7200-000 | NA | 2,554.00 | 2,554.00 | 0.00 |
| 000003 | AMERICOLLECT | 7200-000 | NA | 90.00 | 90.00 | 20.54 |
| 000007 | AURORA HEALTH CARE | 7200-000 | NA | 214.00 | 214.00 | 48.85 |
| 000004 | CAPITAL ONE | 7200-000 | NA | 561.00 | 561.00 | 0.00 |
| 000005 | CHARTER ONE | 7200-000 | NA | 3,170.00 | 3,170.00 | 723.57 |
| 000006 | CITIBANK, N.A. | 7200-000 | NA | 7,158.00 | 7,158.00 | 2,697.15 |
| 000008 | QUEST DIAGNOSTICS | 7200-000 | NA | 254.69 | 254.69 | 0.00 |
| 000009 | VISTA MEDICAL CENTER EAST | 7200-000 | NA | 28,077.00 | 28,077.00 | 6,408.70 |
| 000010 | VISTA MEDICAL CENTER EAST | 7200-000 | NA | 1,027.74 | 1,027.74 | 0.00 |
| 000011 | VISTA MEDICAL CENTER EAST | 7200-000 | NA | 261.00 | 261.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 13,944.00 | $ 44,249.17 | $ 44,249.17 | $ 10,339.68 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:         11-06720      ABG    Judge: A. BENJAMIN GOLDGAR                    Trustee Name:                        MIRIAM R. STEIN
Case Name:       OSBORNE, JAMES R                                                   Date Filed (f) or Converted (c):     02/21/11 (f)
                                                                                    341(a) Meeting Date:                 03/28/11
For Period Ending: 03/26/13                                                         Claims Bar Date:                     07/15/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 922 Hickory St. Waukegan, IL 60 | 106,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account First Midwest Bank | 200.00 | 200.00 | | 0.00 | FA |
| 3. Checking Account OSRCU | 600.00 | 600.00 | | 0.00 | FA |
| 4. Household Goods and Furnishings | 750.00 | 750.00 | | 0.00 | FA |
| 5. Clothing | 500.00 | 500.00 | | 0.00 | FA |
| 6. Life Insurance through Employer (300,000 death ben | 0.00 | 0.00 | | 0.00 | FA |
| 7. Fidelity 401k | 51,000.00 | 51,000.00 | | 0.00 | FA |
| 8. 2010 Federal Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2003 Harley Davidson Softail Springer (20k miles) | 20,000.00 | 20,000.00 | | 12,400.00 | FA |
| 10. 2001 Chevy Silverado (120k miles) | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 11. 1999 Chevy Malibu (120k miles) | 462.50 | 462.50 | | 0.00 | FA |
| 12. Tools | 1,000.00 | 1,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.34 | FA |
| TOTALS (Excluding Unknown Values) | $184,212.50 | $77,712.50 | | $12,400.34 | $0.00 |
| | | | | | Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; PREPARE TFR.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/31/12

LFORM1    UST Form 101-7-TDR (5/1/2011) (Page: 7)                                                                         Ver: 17.01

Page 1

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-06720 -ABG
Case Name: OSBORNE, JAMES R
Taxpayer ID No: \*\*\*\*\*\*\*9569
For Period Ending: 03/26/13

Trustee Name: MIRIAM R. STEIN
Bank Name: Bank of America, N.A.
Account Number / CD #: \*\*\*\*\*\*\*0429 Money Market Account
Blanket Bond (per case limit) $ 100,000.00
Separate Bond (if applicable)

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/25/11 | 9 | JAMES OSBORNE | LIQUIDATION OTHER SCHED B PROPERTY | 1129-000 | 12,400.00 | | 12,400.00 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 12,400.01 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,400.12 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,400.22 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,400.33 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 15.80 | 12,384.53 |
| 11/07/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 12,384.54 |
| 11/07/11 | | Transfer to Acct #\*\*\*\*\*\*\*0445 | Final Posting Transfer | 9999-000 | | 12,384.54 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 12,400.34 | 12,400.34 |
| Less: Bank Transfers/CD's | | 0.00 | 12,384.54 |
| Subtotal | | 12,400.34 | 15.80 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 12,400.34 | 15.80 |

Page Subtotals  12,400.34  12,400.34

LFORM24 UST Form 101-7-TDR (5/1/2011) (Page: 8)   Ver: 17.01

Page: 2
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-06720 -ABG
Case Name: OSBORNE, JAMES R
Taxpayer ID No: *******9569
For Period Ending: 03/26/13

Trustee Name: MIRIAM R. STEIN
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0445 Checking Account
Blanket Bond (per case limit) $ 100,000.00
Separate Bond (if applicable)

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/11 | | Transfer from Acct #*******0429 | Transfer In From MMA Account | 9999-000 | 12,384.54 | | 12,384.54 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM PRO RATA SHARE OF TRUSTEES BLANKET BOND PREMIUM | 2300-000 | | 10.01 | 12,374.53 |
| 04/05/12 | 003002 | MIRIAM R. STEIN 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Compensation/Expense Fees 1,990.03 Expenses 44.82 | 2100-000 2200-000 | | 2,034.85 | 10,339.68 |
| 04/05/12 | 003003 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000001, Payment 100.00000% | 7100-000 | | 440.87 | 9,898.81 |
| * 04/05/12 | 003004 | American Express P.O. Box 3001 c/o Becket and Lee Malvern, PA 19355 | Claim 000002, Payment 22.82537% | 7200-003 | | 582.96 | 9,315.85 |
| 04/05/12 | 003005 | Americollect Po Box 1566 Manitowoc, WI 54221 | Claim 000003, Payment 22.82222% | 7200-000 | | 20.54 | 9,295.31 |
| * 04/05/12 | 003006 | Capital One P.O. Box 30273 Salt Lake City, UT 84130-0273 | Claim 000004, Payment 22.82531% | 7200-003 | | 128.05 | 9,167.26 |
| 04/05/12 | 003007 | Charter One 1215 Superior Ave. Cleveland, OH 44114-3299 | Claim 000005, Payment 22.82555% | 7200-000 | | 723.57 | 8,443.69 |
| 04/05/12 | 003008 | Citibank | Claim 000006, Payment 22.82551% | 7200-000 | | 1,633.85 | 6,809.84 |
| | | | Page Subtotals | | 12,384.54 | 5,574.70 | |

LFORM24 UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 17.01

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

Case No: 11-06720 -ABG
Case Name: OSBORNE, JAMES R
Taxpayer ID No: ********9569
For Period Ending: 03/26/13

Trustee Name: MIRIAM R. STEIN
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0445 Checking Account
Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/12 | 003009 | Aurora Health Care<br>AMC Kenosha<br>P.O. Box 341700<br>Milwaukee, WI 53234-1700 | Claim 000007, Payment 22.82710% | 7200-000 | | 48.85 | 6,760.99 |
| * 04/05/12 | 003010 | Quest Diagnostics<br>P.O. Box 64804<br>Attn: Bankruptcy<br>Baltimore, MD 21264-4804 | Claim 000008, Payment 22.82383% | 7200-003 | | 58.13 | 6,702.86 |
| 04/05/12 | 003011 | John Zarlengo<br>1201 Piacenti Lane<br>Chicago Heights, IL 60411 | Claim 000009, Payment 22.82544% | 7200-000 | | 6,408.70 | 294.16 |
| * 04/05/12 | 003012 | Vista Medical Center East<br>99 Greenwood Ave<br>Waukegan, IL 60087-5136 | Claim 000010, Payment 22.82581% | 7200-003 | | 234.59 | 59.57 |
| * 04/05/12 | 003013 | Vista Medical Center East<br>99 Greenwood Ave<br>Waukegan, IL 60087-5136 | Claim 000011, Payment 22.82375% | 7200-003 | | 59.57 | 0.00 |
| * 11/06/12 | 003004 | American Express<br>P.O. Box 3001<br>c/o Becket and Lee<br>Malvern, PA 19355 | Claim 000002, Payment 22.82537%<br>CHECK RETURNED BY BECKET & LEE - DEBTOR FILED PREVIOUS CHAPTER 7 IN 1991 (91-02387) AND THIS DEBT WAS DISCHARGED ON 9/4/91. | 7200-003 | | -582.96 | 582.96 |
| * 11/06/12 | 003006 | Capital One<br>P.O. Box 30273<br>Salt Lake City, UT 84130-0273 | Claim 000004, Payment 22.82531%<br>CHECK RETURNED BY CLAIMANT - AMOUNT PREVIOUSLY WRITTEN OFF IN 1991 CHAPTER 7 BANKRUPTCY | 7200-003 | | -128.05 | 711.01 |
| * 11/06/12 | 003010 | Quest Diagnostics | Claim 000008, Payment 22.82383% | 7200-003 | | -58.13 | 769.14 |

Page Subtotals    0.00    6,040.70

LFORM24    UST Form 101-7-TDR (5/1/2011) (Page: 10)    Ver: 17.01

Page 4
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 11-06720 -ABG
Case Name: OSBORNE, JAMES R
Taxpayer ID No: \*\*\*\*\*\*\*\*9569
For Period Ending: 03/26/13

Trustee Name: MIRIAM R. STEIN
Bank Name: Bank of America, N.A
Account Number / CD #: \*\*\*\*\*\*\*\*0445 Checking Account
Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/06/12 | 003012 | P.O. Box 64804 Attn: Bankruptcy Baltimore, MD 21264-4804 | CHECK RETURNED BY CLAIMANT QUEST DIAGNOSTICS MARKED "REFUSED - RETURN TO SENDER" | | | | 1,003.73 |
| * 11/06/12 | 003012 | Vista Medical Center East 99 Greenwood Ave. Waukegan, IL 60087-5136 | Claim 000010, Payment 22.82581% RETURNED BY CLAIMANT - BALANCE PAID IN FULL WITH CHECK 3011 - NO ADDITIONAL AMOUNTS DUE | 7200-003 | | -234.59 | |
| * 11/06/12 | 003013 | Vista Medical Center East 99 Greenwood Ave. Waukegan, IL 60087-5136 | Claim 000011, Payment 22.82375% RETURNED BY CLAIMANT - BALANCE PAID IN FULL WITH CHECK 3011 - NO ADDITIONAL AMOUNTS DUE | 7200-003 | | -59.57 | 1,063.30 |
| 11/06/12 | 003014 | CITIBANK, N.A. | | 7200-000 | | 1,063.30 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 12,384.54 | 12,384.54 | 0.00 |
| Less: Bank Transfers/CD's | | 12,384.54 | 0.00 | |
| Subtotal | | 0.00 | 12,384.54 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 12,384.54 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - \*\*\*\*\*\*\*\*0429 | 12,400.34 | 15.80 | 0.00 |
| Checking Account - \*\*\*\*\*\*\*\*0445 | 0.00 | 12,384.54 | 0.00 |
| | 12,400.34 | 12,400.34 | 0.00 |

Page Subtotals: (Excludes Account Transfers) 0.00  (Excludes Payments To Debtors) 769.14  Total Funds On Hand

Ver: 17.01

Page: 5
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 11-06720 -ABG
Case Name: OSBORNE, JAMES R
Taxpayer ID No: *******9569
For Period Ending: 03/26/13

Trustee Name: MIRIAM R. STEIN
Bank Name: Bank of America, N.A.
Account Number / CD #: *******0445 Checking Account
Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals  0.00  0.00

LFORM24 UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver 17.01